

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 22. 2015

10/21/2015
FOSTER, LESLIE AKA LESLIE RAY FOSTER          Tr. Ct. No. 1465862-A
WR-73,420-11

This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Abel Acosta, Clerk

LESLIE FOSTER
███████████ JAIL - TDC # 994213
████████████████
HOUSTON, TX 77002

RETURN TO SENDER
NEED FULL NAME, SUFFIX AND INMATE IDENTIFICATION
CELLBLOCK # TO IDENTIFY

:BN3B 77002